

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York

June 30, 2008

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/2008

RECEIVED
JUL 0 1 2008
JUDGE CHIN'S CHAMBERS

By Hand

Honorable Denny Chin
United States District Court Judge
United States Courthouse
00 Pearl Street, Room 1020
New York, New York 10007

    Re:  Matilde Rosario v. Astrue
         08 Civ. ~~10555 (SHS) (GWG)~~
         1852 (DC)

Dear Judge Chin:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my preparation of the government's response to the complaint, I encountered several issues that required additional factual investigation before submitting the government's response. Therefore, I respectfully request an extension of thirty days from July 1, 2009, July 31, 2008, to respond to the complaint.

    This is defendant's second request for an extension of time to answer the complaint, which was originally due on May 2, 2008. Plaintiff has kindly consented to this request.

*Approved,*

*SO ORDERED,*

*[signature]*
*USDJ*
*7/1/08*

Thank you for your consideration of this request.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

By: _____
        LESLIE A. RAMIREZ-FISHER
        Assistant U.S. Attorney
        Telephone: (212) 637-0378
        Fax: (212) 637-2750

cc: Christopher Bowes (By Fax)