MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-0378
Fax: (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
MATILDE ROSARIO,                  :
                                  :
                Plaintiff,        :
                                  :
        - v. -                    :     STIPULATION AND ORDER
                                  :         OF REMAND
MICHAEL J. ASTRUE,                :     08 Civ. 1852 (DC)
Commissioner of                   :
Social Security,                  :
                                  :
                Defendant.        :
- - - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       July 9, 2008

                CENTER FOR DISABILITY ADVOCACY
                RIGHTS, ("CEDAR"), INC.
                Attorneys for Plaintiff

By: _____
    CHRISTOPHER J. BOWES, ESQ.
    100 Lafayette Street
    Suite 302
    New York, New York 10013
    Telephone No. (212) 979-0505

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:
_____
United States District Judge

7/28/08